# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Hackworth,<br><br>    Plaintiff,<br><br>v.<br><br>JW Health and Fitness LLC, et al.,<br><br>    Defendants. | No. CV-15-00357-TUC-RM<br><br>**ORDER** |

Pursuant to Plaintiff Ashley Hackworth's Notice of Voluntary Dismissal With Prejudice (Doc. 10),

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **dismissed**, with prejudice. The Clerk of Court is directed to close this case.

Dated this 14th day of December, 2015.

Honorable Rosemary Márquez
United States District Judge